| | |
|---|---|
| Priority | X |
| Send | |
| Enter | X |
| Closed | |
| JS-5/JS-6 | X |
| JS-2/JS-3 | |
| Scan Only | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 07-1219 CAS (RCx) | Date | March 14, 2007 |
|---|---|---|---|
| Title | BLUNT WRAP U.S.A., INC. V. AKRUM ALRAHIB, SUNSHINE TOBACCO, INC., and DA BOMB PRODUCTS, INC. | | |

Present: The Honorable CHRISTINA A. SNYDER

| CATHERINE JEANG | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

Not Present                             Not Present

**Proceedings:** **(IN CHAMBERS): PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE WHY NON-PARTY DEPONENT ANIL MAHLI SHOULD NOT BE HELD IN CONTEMPT AND SUBJECT TO SANCTIONS, AND MOTION TO COMPEL APPEARANCE AND PRODUCTION OF DOCUMENTS AT RULE 45 DEPOSITION** (filed Feb. 23, 2007)

The Court finds this motion appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing date of March 19, 2007, is hereby vacated and the matter is taken under submission.

The Court is in receipt of plaintiff's motion for order to show cause why non-party deponent Anil Mahli should not be held in contempt and subject to sanctions for failure to obey a subpoena, personally served upon him on December 15, 2006, and motion to compel appearance and production of documents at a Rule 45 deposition. Upon review of plaintiff's supporting documents, the Court DENIES plaintiff's motion to find Anil Mahli in contempt, but GRANTS plaintiff's motion to compel Anil Mahli's appearance at a Rule 45 deposition.

The Court hereby orders Anil Mahli to appear, within thirty (30) days of the issuing of this Order, at a deposition to be taken by plaintiff in this matter and to produce at that time all documents or objects as stated in the subpoena personally served upon him on December 15, 2006. The witness is admonished that failure to appear may result in the imposition of monetary sanctions or contempt. The costs and fees incurred in obtaining this Order to Compel, pursuant to Fed. R. Civ. P. 37(a)(4), shall be paid by Anil Mahli to plaintiff within ten (10) days of the issuing of this Order in the amount of $3,268.00.

IT IS SO ORDERED.

                                                        00 : 00

                                    Initials of Preparer _____